**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00316-CR

**CARLOS MEDRANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-418**

## ORDER

We **GRANT** appellant's February 11, 2013 motion for leave to file an amended brief. Appellant's amended brief received by the Clerk on February 11, 2013 is **DEEMED** timely filed on the date of this order.

We **STRIKE** appellant's original brief received on January 2, 2013 and filed on January 4, 2013. Appellant may retrieve the stricken brief and copies within fifteen days of the date of this order. If appellant does not retrieve the brief and copies, the Clerk may dispose of the stricken brief and copies in any reasonable manner.

/s/     LANA MYERS
              JUSTICE